**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 188 WAL 2022
:
           Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
         v. :
:
:
RICHARD E. TOKARCIK, JR., :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.